~~SECRET~~ unsealed per order 3/00/08 ajc

FILED
08 FEB 22 PM 3:33

BY: _pdc_   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 0508   BEN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMOND ANDREW DIZON (1),<br>    aka Andy,<br>KARL DELEON MURRAH (2),<br><br>        Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession with Intent to Distribute Cocaine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Secs. 853(a), and 853(p) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about September 29, 2007, within the Southern District of California, and elsewhere, defendants RAMOND ANDREW DIZON, aka Andy, and KARL DELEON MURRAH, did knowingly and intentionally conspire together with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more, to wit: approximately 1 kilogram (2.2 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

TFS:nlv(xxx)(1):San Diego
2/22/08

## Count 2

On or about September 29, 2007, within the Southern District of California, defendant KARL DELEON MURRAH, did knowingly and intentionally distribute, 500 grams and more, to wit: approximately 1 kilogram (2.2 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 3

On or about September 29, 2007, within the Southern District of California, defendant RAMOND ANDREW DIZON, aka Andy, did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately 1 kilogram (2.2 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1, 2, and 3 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

2. As a result of the commission of the felony offenses alleged in Counts 1, 2, and 3, said violations being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendants RAMOND ANDREW DIZON and KARL DELEON MURRAH shall, upon conviction forfeit to the United States, all rights, title, and interest in any and all property obtained directly or indirectly as a result of said violations. All in violation of Title 21, United States Code, Section 853.

1    3.   As a result of the commission of the felony offenses alleged in Counts 1, 2, and 3, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(2), defendants RAMOND ANDREW DIZON and KARL DELEON MURRAH, shall, upon conviction forfeit to the United States, all rights, title, and interest in any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Counts 1, 2, and 3 of this Indictment.  All in violation of Title 21, United States Code, Section 853.

4.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

    (1)  cannot be located upon the exercise of due diligence;
    (2)  has been transferred or sold to, or deposited with, a third person;
    (3)  has been placed beyond the jurisdiction of the Court;
    (4)  has been substantially diminished in value; or
    (5)  has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//
//
//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of said property listed above as being subject to forfeiture.

DATED: February 22, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
TIMOTHY F. SALEL
Assistant U.S. Attorney