*unsealed 3-6-08 ajv*

**SECRET**

FILED
08 FEB 22 PM 3:38

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA...

BY:           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0508 BEN |
| Plaintiff, ) |  |
| v. ) | NOTICE OF RELATED CASE |
| RAMOND ANDREW DIZON (1), ) aka Andy, ) KARL DELEON MURRAH (2), ) |  |
| Defendant. ) |  |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Youssef Mustapha Habhab</u>, Criminal Case No. 08CR0404-BEN.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney