ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorney
3  California State Bar No. 163597
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6074

6  Attorneys for Plaintiff
   United States of America
7

FILED

08 MAR -6 AM II: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        ) Criminal Case No. 08CR0508-BEN
                                     )
11              Plaintiff,           )
                                     )
12          v.                       )
                                     ) MOTION  AND  ORDER  TO  UNSEAL
13  RAMOND ANDREW DIZON (1),         ) INDICTMENT AND ARREST WARRANTS
       aka Andy,                     )
14  KARL DELEON MURRAH (2),          )
                                     )
15              Defendants.          )
                                     )
16  _____    )

17        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18  Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and

19  hereby requests that the Indictment and Arrest Warrants in the above-referenced case be unsealed.

20        DATED: March 8, 2008.

                                     Respectfully submitted,
21
                                     KAREN P. HEWITT
22                                   United States Attorney

23
                                     TIMOTHY F. SALEL
24                                   Assistant U.S. Attorney

25  SO ORDERED.

26  DATED: 3/6/08

27
                                     HON. CATHY ANN BENCIVENGO
28                                   United States Magistrate Judge

CR