AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 11 AM 9:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SECRET

UNITED STATES OF AMERICA
V.
Karl Deleon Murrah (2)

## WARRANT FOR ARREST

CASE NUMBER: 08cr0508 BEN

#1453511

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Karl Deleon Murrah (2)
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
                                                                                          [ ] Pretrial Violation

charging him or her with (brief description of offense)

Count 1 - 21:846 and 841(a)(1); 21:853(a)( and 853(p) - Conspiracy to Distribute Cocaine; Criminal Forfeiture
Count 2 - 21:841(a)(1) and 18:2;21:853(a) and 853(p) - Distribution of Cocaine and Aiding and Abetting; Criminal Forfeiture

RECEIVED 2008 FEB 25 A 11:32 US MARSHAL SOUTHERN DISTRICT OF CA

In violation of Title   See Above   United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer

_[signature]_                              February 25, 2008 San Diego, CA
Signature of Deputy                        Date and Location

DATE 3/6/08
Bail fixed at $ ___   ARRESTED BY DEA/USMS    The Honorable William McCurine, Jr.
                     STEVEN C. STAFFORD       Name of Judicial Officer
                     ACTING U.S. MARSHAL, S/CA
                     BY _[signature]_ RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "Z"   DCA                                             3530
OCDETF  SW-CAS #435 "Operation MR. CLEAN"
AUSA TIM SALEL