UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR0508-BEN |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| KARL DELEON MURRAH, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED:

I, VICTOR MANUEL TORRES, am a citizen of the United States of America over the age of eighteen years. My business address is 406 Ninth Avenue, Ste. 311, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Notice of Motions and Memorandum of Points & Authorities on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the party:

Timothy F. Salel, AUSA

I herby certify that I have caused to be mailed the foregoing, by the U.S. mail to the following non-ECF participants in this case:

None

at the last known address, at which place there is delivery service of U.S. mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2008.

s/ *Victor Manuel Torres*
VICTOR MANUEL TORRES

1